[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 19 2000
THOMAS K. KAHN
CLERK

_____

No. 99-12216
_____

D. C. Docket No. 96-02399-CV-TWT-1

DANIEL WEBSTER and
PEGGY WEBSTER, et al.,

Plaintiffs-Cross-Appellants,

WEBSTER GREEN THUMB COMPANY,
and others similarly situated,

Plaintiff-Appellee, Cross-Appellant,

versus

FULTON COUNTY, GEORGIA,

Defendant-Appellant, Cross-Appellee,

MIKE KENN; MICHAEL HIGHTOWER, et al.,

Defendants-Cross-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(July 19, 2000)**

Before ANDERSON, Chief Judge,  DUBINA and HILL, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of the opinion of the district court published at 51 F.Supp.2d 1354 (N.D. Ga. 1999).

AFFIRMED.[1]

---

[1] We decline to address appellants' challenge to the scope of the injunction. The argument was not presented to the district court; rather, it was raised for the first time on appeal.